FILED
CLERK, U.S. DISTRICT COURT

-9 DEC 03 AM 10: 47

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH -- CENTRAL DIVISION

SAMUEL BARDIN, ET AL,

        Plaintiffs,           **ORDER TO SHOW CAUSE**

vs.

TEEN HELP,                    Civil No. 2:03-cv-00217 DAK

        Defendant.

Plaintiffs are hereby ordered to show cause why this case should not be dismissed for lack of prosecution. On August 20, 2003, this Court executed an order granting plaintiffs motion to amend the complaint and to effect service by October 17, 2003. The file indicates that nothing has been filed since that order was issued. Plaintiffs are directed to respond in writing within 15 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

Dated this ___9th___ day of December, 2003.

Dale A. Kimball
United States District Judge

5

```
                                                                  blk
                   United States District Court
                             for the
                        District of Utah
                       December 10, 2003


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00217



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Mr. Thomas M Burton, Esq.
      5820 STONERIDGE MALL RD STE 100
      PO BOX 11056
      PLEASANTON, CA  94588
      EMAIL
```